No. 577, Misc. SHOOK, ADMINISTRATOR, *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General Leonard* and *Melvin Richter* for the United States.

No. 759. CASEY, ACTING JUDGE OF HARRIS COUNTY, ET AL. *v.* PLUMMER ET AL. C. A. 5th Cir. Certiorari denied. *Sam R. Merrill* for Derrington, petitioner.

No. 525, Misc. BELL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 773. NATIONAL HELLS CANYON ASSOCIATION, INC., ET AL. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion the petition should be granted. *Evelyn N. Cooper* and *Lucien Hilmer* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, Willard W. Gatchell, John C. Mason* and *Joseph B. Hobbs* for the Federal Power Commission, and *R. P. Parry, Clifford E. Fix* and *A. C. Inman* for the Idaho Power Co., respondents. Briefs of *amici curiae* in support of the petition were filed by *Robert Y. Thornton,* Attorney General, for the State of Oregon, and *John J. O'Connell,* Attorney General, and *E. P. Donnelly,* Assistant Attorney General, for the State of Washington. *Robert E. Smylie,* Governor, and *Graydon W. Smith,* Attorney General, filed a brief for the State of Idaho, as *amicus curiae,* in opposition to the petition for writ of certiorari.